UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FEDERAL NATIONAL MORTGAGE ASSOCIATION, :
:
                *Plaintiff*, :
: 25-cv-02152 (ALC)
   -against- :
: **ORDER**
:
800 EAST 160TH STREET LLC, BARUCH :
TEITELBAUM, NEW YORK CITY DEPARTMENT :
OF FINANCE, NEW YORK CITY :
ENVIRONMENTAL CONTROL BOARD, MMH LLC, :
and "JOHN DOE #1" through "JOHN DOE #12," the last :
twelve names being fictitious and unknown to Plaintiff, :
the persons or parties, if any, having or claiming an :
interest in or lien upon the premises, described in the :
Complaint, :
:
                *Defendants*. :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      Further to today's telephonic hearing, the Parties are ORDERED to meet and confer and file a joint status report by Monday, June 16, 2025.

**SO ORDERED.**

**Dated:  June 11, 2025**

      **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**