**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                       **Plaintiff,**

        **-against-**

800 EAST 160TH STREET, LLC, *et al*,

                   **Defendant.**

                  **1:25-cv-2152 (ALC)**

                  **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a hearing in this case on **June 30, 2026, at 4:00 p.m.** regarding Plaintiff's proposed order and judgment. ECF No. 68. The parties (and/or counsel) should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

The parties are ORDERED to submit a joint status report by June 25, 2026.

**SO ORDERED.**

Dated: June 17, 2026
      New York, New York

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**