UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

800 EAST 160TH STREET LLC., ET al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2152 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 23, 2026, the Honorable Andrew L. Carter referred this action to the undersigned for (i) the motion to withdraw as counsel filed by Adam Sherman, Esq. ("Mr. Sherman"), counsel for Defendants 800 East 160th Street LLC ("Borrower") and Baruch Teitelbaum (together, "Borrower Defendants"), (Dkt. No. 75 (the "MTW")); (ii) the motion for "the appointment of a temporary receiver for the interest of [Borrower] in that certain real property and improvements thereon located at 800 East 160th Street, Bronx, New York; Block 2666, Lot 22" filed by Plaintiff Federal National Mortgage Association ("Plaintiff"), (Dkt. Nos. 9–14 (the "Receiver Motion")); and (iii) an inquest after default. (Dkt. No. 78 (the "Referral")).

On September 25, 2026, the undersigned scheduled a telephone conference for **October 29, 2026 at 2:15 p.m. ET** (the "Conference") to discuss the MTW and the Receiver Motion. (Dkt. No. 79). On October 5, 2026, Plaintiff filed a motion to expedite the Conference, or alternatively to grant the Receiver Motion without the Conference, given that Plaintiff's "residential tenant advis[ed] [Plaintiff's counsel] of serious property condition and safety issues at the mortgaged property, including that conEdison will imminently terminate utility services to the mortgaged property unless the overdue balance of $111,225.87 is paid by October 13, 2026."

(Dkt. No. 80 (the "Request to Expedite")). On October 7, 2026, however, Judge Carter granted the Receiver Motion and amended the Referral to only include the MTW. (Dkt. Nos. 81; 82). Accordingly, the Request to Expedite is **DENIED** as moot.

The undersigned clarifies that the Conference shall still proceed as scheduled to discuss the MTW and Mr. Sherman shall appear at the Conference. The Court holds any ruling on the MTW in abeyance pending the Conference.

Dated: New York, New York
October 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**